PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—TRENCHARD, LLOYD, CASE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 10.

*For reversal*—None.

FRANK M. SPRAGUE, RESPONDENT, v. JOSEPH A. PEN-ROSE ET AL., APPELLANTS.

Argued May 18, 1932—Decided October 17, 1932.

For the respondent, *Geran, Matlack & Laulman.*

For the appellants, *Walter Carson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—TRENCHARD, LLOYD, CASE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 10.

*For reversal*—None.